

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2018

No. 04-18-00251-CV

**CHW-LATTAS CREEK, L.P.** By GP Alice Lattas Creek, L.L.C.,
Appellants

v.

**CITY OF ALICE,**
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 17-01-56785-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to July 26, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court